UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BENJAMIN FRANKLIN-SEQUOYAH CRAFT-RENDON AND SHANNON KATHLEEN BEBE,<br>　　Plaintiffs,<br><br>vs.<br><br>TRANSCANADA KEYSTONE PIPELINE, LP, TRANSCANADA CORPORATION, WOOD COUNTY, TEXAS, WOOD COUNTY SHERIFF'S DEPARTMENT,<br>　　Defendants. | CIVIL ACTION NO. 6:15CV374<br><br>*JURY DEMANDED* |

### ORDER ON DEFENDANTS' MOTION FOR SANCTIONS AS TO PLAINTIFF BEBE

On this day came on to be heard Defendants' Motion for Sanctions as to Plaintiff Bebe, and the Court, after reviewing the motion, as well as any response thereto, finds that it should be, and is, **GRANTED.**

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants' Motion for Sanctions as to Shannon Kathleen Bebe is **GRANTED;**

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff Shannon Kathleen Bebe's cause of action is hereby dismissed with prejudice and she is to pay Defendants' reasonable expenses, including attorneys' fees.